# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ROSA ALDIS  
936 AVENUE E  
ROCHELLE, IL  61068  

SSN-xxx-xx-9845

Case Number: 05-70755

Case filed on: 2/25/2005  
Plan Confirmed on: 6/10/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $21,090.58              Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY JACQUELINE MONTVILLE | 2,144.00 | 2,144.00 | 2,144.00 | 0.00 |
|  | Total Legal | 2,144.00 | 2,144.00 | 2,144.00 | 0.00 |
| 201 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ROSA ALDIS | 0.00 | 0.00 | 1,290.58 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,290.58 | 0.00 |
| 001 | GMAC MORTGAGE | 14,456.41 | 14,456.41 | 14,456.41 | 0.00 |
| 002 | GMAC MORTGAGE | 68,007.65 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 82,464.06 | 14,456.41 | 14,456.41 | 0.00 |
| 003 | CARBIZ AUTO CREDIT AQ, INC/CARBIZ USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ADVANCE AMERICA | 366.00 | 366.00 | 50.59 | 0.00 |
| 005 | AFNI/VERIZON | 756.03 | 756.03 | 104.48 | 0.00 |
| 006 | NATIONAL CAPITAL MANAGEMENT LLC | 8,267.87 | 8,267.87 | 1,142.63 | 0.00 |
| 007 | ANDERSON PLUMBING & HEATING | 730.62 | 730.62 | 100.98 | 0.00 |
| 008 | AT&T WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | DEKALB CLINIC CHARTERED | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | DEKALB COUNTY CREDIT UNION | 1,985.09 | 1,985.09 | 274.34 | 0.00 |
| 011 | COLLECTION PROFESSIONALS | 1,121.85 | 1,121.85 | 155.04 | 0.00 |
| 012 | HEIGHTS FINANCE | 266.18 | 266.18 | 36.78 | 0.00 |
| 013 | NATIONAL CASH ADVANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ROCHELLE MUNICIPAL UTILITIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | SECURITY FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | COTTONWOOD FINANCIAL | 500.00 | 500.00 | 69.10 | 0.00 |
| 018 | THE LOAN COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 13,993.64 | 13,993.64 | 1,933.94 | 0.00 |
|  | Grand Total: | 98,601.70 | 30,594.05 | 19,824.93 | 0.00 |

Total Paid Claimant:    $19,824.93  
Trustee Allowance:       $1,265.65  
Percent Paid Unsecured:    13.82

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

 /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 10/30/2008              By  /s/Heather M. Fagan